# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

The Central Pension Fund of the International Union
of Operating Engineers and Participating Employers,
*and its Trustees*,                                        Civil No. 10-3285 (RHK/XXX)

                Plaintiff,                        **ORDER**

vs.

William J. Schwarz & Son, Incorporated,

                Defendant.

---

        This matter is venued in the Fifth Division.

        All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  August 4, 2010

                s/Richard H. KYle
                RICHARD H. KYLE
                United States District Judge