# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| The Central Pension Fund of the International Union of Operating Engineers and Participating Employers and its Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>William J. Schwarz & Son, Incorporated,<br><br>Defendant. | Civil No. 10-3285 (RHK/LIB)<br><br>**ORDER FOR DISMISSAL** |

Pursuant to the Notice of Voluntary Dismissal (Doc. No. 18), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: January 24, 2011

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge